**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BWANA A. THURMAN,

        Petitioner/Plaintiff,

vs.                                           Case No. 3:14-cv-251-J-32PDB

WARREN WHITE, et al.,

        Respondents/Defendants.

**ORDER**

This case is before the Court sua sponte. Yesterday, pro se plaintiff delivered his filings to the Clerk. Although he checked boxes on the civil cover sheet which would indicate that he was removing a case from state court, in fact, it appears from the content of his filings that he is attempting to appeal a state court decision in federal court.

Because this Court does not have jurisdiction to hear appeals from state court, there is no relief the Court can provide to plaintiff. See Green v. Jefferson County Com'n, 563 F.3d 1243, 1249 (11th Cir. 2009) (explaining that under the Rooker-Feldman doctrine, "federal district courts do not have jurisdiction to act as appellate courts and precludes them from reviewing final state court decisions").

Accordingly, it is hereby

**ORDERED**:

This case is dismissed without prejudice to filing a notice of appeal or a request for other relief with the state court. The Clerk shall close the file. Because plaintiff improperly filed his case in this Court, the Clerk is directed to return his filing fee.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of March, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

pro se plaintiff

Finance